IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.                                      No. 3:13-cr-30125-DRH-2

**HECTOR RAUL GARZA,**
**Defendant.**

## ORDER

**HERNDON, District Judge:**

On February 7, 2017, the Court issued an order denying defendant Hector Garza's ("Garza") motion for sentence modification pursuant to 18 U.S.C. § 3582(c) (Doc. 636). Garza has now filed a response to the Court's order (Doc. 638) and, inter alia, states he does not know who filed the response to a previous show cause order (Doc. 635). A review of docket entry 635 reveals that Garza filed with the Court a response that clearly displays his name, return address, and signature.

Based on the foregoing, it is **ORDERED** that Garza's response (Doc. 638) be **STRICKEN FROM THE RECORD** because it is clear to the Court that the response (Doc. 635) is from Garza; and, his misrepresentation is an attempt to commit a fraud on the Court.

**IT IS SO ORDERED**

Signed this 23rd day of February, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.02.23
09:58:03 -06'00'

**UNITED STATES DISTRICT JUDGE**