IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
    Plaintiff,

v.                        No. 3:13-cr-30125-DRH-2

HECTOR GARZA
#25648-077,
    Defendant.

### ORDER

**HERNDON, District Judge:**

Pending before the Court is defendant Hector Garza's motion to Unseal Documents (Doc. 642). Garza requests certain portions of his record be unsealed so that he can demonstrate eligibility under U.S.S.G. § 1B1.10(b)(2)(B)(c). However his premise misses the mark. The section of the Sentencing Guidelines he relies upon is operational only when an incarcerated individual has a sentence subject to being reduced as a result of an amendment to the guidelines. This section is not to be used to determine whether an amendment applies to Garza, who otherwise was not intended to be the recipient of the benefit of such amendment. It could be a device to exclude an intended recipient under some circumstances. Garza previously filed a motion to have his sentence reduced by way of guideline amendment (Doc. 615), and his motion was denied (Doc. 636).

Garza's family can, at any time, order a copy of the record, pay in advance for said copies, and receive the entire record. However, the transcripts of the plea

and sentencing hearings have not been transcribed, and would have to be ordered from the two court reporters responsible for those hearings. Those costs, once obtained from the court reporters, would have to be paid in advance. Accordingly, Garza's motion Unseal Documents (Doc. 642) is **DENIED**.

**IT IS SO ORDERED**.

Signed this 13th day of May, 2017.

Judge Herndon
2017.05.13
11:23:28 -05'00'

**UNITED STATES DISTRICT JUDGE**